**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Goodness Greeness, Inc..** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-3772277** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5959 S. Lowe**<br>**Chicago, IL 60621** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Goodness Greeness, Inc..**

Name   Case number (*if known*) _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor    **Goodness Greeness, Inc..**
_____    _____
Name    Case number (_if known_)

---

**11. Why is the case filed in _this district_?**    _Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (_Check all that apply._)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    _Check one:_

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Goodness Greeness, Inc..**
Name

Case number (*if known*) _____

---

█ **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 20, 2017**
MM / DD / YYYY

X **/s/ Robert L. Scaman, Jr.**                    **Robert L. Scaman, Jr.**
Signature of authorized representative of debtor        Printed name

Title    **President**

---

**18. Signature of attorney**

X **/s/ Chester H. Foster, Jr.**            Date  **July 20, 2017**
Signature of attorney for debtor                MM / DD / YYYY

**Chester H. Foster, Jr.**
Printed name

**Foster Legal Services, PLLC**
Firm name

**16311 Byron Drive**
**Orland Park, IL**
Number, Street, City, State & ZIP Code

Contact phone  **708-403-3800**    Email address  **chf@fosterlegalservices.com**

**3122632**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Goodness Greeness, Inc..**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 20, 2017**          X **/s/ Robert L. Scaman, Jr.**
                                          Signature of individual signing on behalf of debtor

                                          **Robert L. Scaman, Jr.**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Goodness Greeness, Inc..**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

---

Part 1:     **Summary of Assets**

---

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $     **187,645.43**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................... $     **187,645.43**

---

Part 2:     **Summary of Liabilities**

---

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **0.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **2,025.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     **1,663,704.32**

4.  Total liabilities ..........................................................................................................................
    Lines 2 + 3a + 3b                $     **1,665,729.32**

**Fill in this information to identify the case:**

Debtor name  **Goodness Greeness, Inc..**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **The Private Bank (Balance as of period ending 6/30/2017)** | **Checking** | **7991** | **$9,733.86** |
| 3.2. | **The Private Bank (Balance as of period ending 6/30/2017)** | **CDA account was the clearing account for all checks written from account #7991.** | **2328** | **$0.00** |
| 3.3. | **The Private Bank** | **Checking-Payroll account** | **8002** | **$222.48** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $9,956.34 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

Debtor   **Goodness Greeness, Inc..**                                    Case number *(If known)* _____
Name

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:        **178,847.44**        -        **1,158.35**        = ....        **$177,689.09**
                                 face amount                doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                            **$177,689.09**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.     **Mutual funds or publicly traded stocks not included in Part 1**
        Name of fund or stock:

15.     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
        Name of entity:                                    % of ownership

Debtor owned shares in a California Corporation named ORGANIC BOUQUET, INC. (" Company")  -  The stock was obtained in July, 2001.  In 2008, the Company was completely restructured and a 10:1 reverse stock split occurred.  The Debtor believes that it 'wrote it off' as a loss at some point.  The last entry with the California SOS is 2009 and the Company appears to be inactive in the State of California under this name.

15.1.                                                **100** %        **N/A**                        **Unknown**

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
        Describe:

17.     **Total of Part 4.**                                                            **$0.00**
        Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Debtor    **Goodness Greeness, Inc..**                          Case number *(If known)* _____
Name

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Miscellaneous warehouse equipment,<br>computers, printers, office furnishings and<br>equipment. See attachment.** | Unknown | N/A | Unknown |

**51.    Total of Part 8.**                                                                     | $0.00 |

Add lines 47 through 50.  Copy the total to line 87.

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

---

Debtor   **Goodness Greeness, Inc..**                        Case number *(If known)* _____
_____
Name

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71.     **Notes receivable**
        Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit
        has been filed)**
        **Pending breach of contract claim against former CEO of
        Debtor, Howard Berrington. Cause is denominated as
        2014-CH-01656 in Cook County Circuit Court, Chanvery
        Division.**                                                                       **Unknown**

| Nature of claim | **Breach of Contract, Breach Of Fiduciary Duties/Attorney Malpractice** |
|---|---|
| Amount requested | **$0.00** |

75.     **Other contingent and unliquidated claims or causes of action of
        every nature, including counterclaims of the debtor and rights to
        set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets,
        country club membership

78.     **Total of Part 11.**                                                    | **$0.00** |
                                                                                  |---|
        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Debtor    **Goodness Greeness, Inc..**                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,956.34 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $177,689.09 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $187,645.43 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $187,645.43 |

| | Inventory for Goodness Greeness   7/20/2017 |
|---|---|
| | **Items** |
| | |
| 20 | Metal Desks (all purchased 2nd hand) |
| 8 | Wood Desks  (all purchased 2nd hand) |
| 1 | Office set  1 shaped desk and 2 drawer bi-lateral file cabinet (purchased brand new) |
| 10 | Desk Chairs |
| 5 | Guest chairs (all purchased brand new) |
| 1 | Conference Table (purchased 2nd hand) |
| 10 | Conference Chairs (all purchased 2nd hand) |
| 7 | 2 drawer file cabinets |
| 9 | 4 drawer file cabinets |
| 2 | 2 drawer bi-lateral file cabinets (bought 2nd hand) |
| 2 | 4 drawer bi-lateral file cabinets (bought 2nd hand) |
| 2 | Black stand up 4-shelf cabinets (bought new) |
| 1 | Black stand up 2-shelf and 2 drawer cabinet (bought new) |
| 1 | Beige Storage Med sized cabinet (bought 2nd hand) |
| 2 | Computer storage racks with the doors |
| 1 | Copier machine (bought 2nd hand) |
| 5 | Laser Printers |
| 11 | Zebra Printers (different sizes) |
| 5 | Square tables (Small size) |
| 3 | 6ft folding tables |
| 14 | Stackable Chairs |
| 10 | Stainless Steel Tables |
| 5 | Various sized scales |
| 1 | Floor Scrubber industrial size |
| 5 | Manuel Pallet Jacks |
| 1 | Label & Conveyer belt |
| 1 | Repack Work Horse |
| 1 | Heat Tunnel |
| | Misc Repack Supplies |
| | Misc Office Supples |
| | Misc Warehouse Supplies |
| | Misc Computer Supplies |
| 1 | Bin of Monitors |
| 1 | 48ft Trailer (This is the storage area for the office records) |
| | |
| | Total |
| | There also is cooler racking bolted to the floor in all coolers |
| | and a baler   don't know if it goes with the building |

7/20/17 2:58PM

**Fill in this information to identify the case:**

Debtor name      **Goodness Greeness, Inc..**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Goodness Greeness, Inc..**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
  amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | | |

As of the petition filing date, the claim is:    **$2,025.00**    **$2,025.00**

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**Jeneane Ally**
**917 W. Washington Blvd.**
**Chicago, IL 60607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Disputed wage claim**

Last 4 digits of account number **0736**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | |

As of the petition filing date, the claim is: *Check all that apply.*    **$21,415.05**

**Al Warren Oil Co.**
**PO Box 2279**
**Hammond, IN 46323**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | |
|---|---|---|

As of the petition filing date, the claim is: *Check all that apply.*    **$5,501.40**

**Albert's Organics**
**1155 Commerce Blvd.**
**PO Box 877**
**Swedesboro, NJ 08085**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **PACA - Agricultural Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **Goodness Greeness, Inc..** | |
|---|---|---|
| | Name | |

Case number (*if known*) _____

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$102.50** |
|---|---|---|---|

**American Express**
c/o Zwicker & Associates. P.C.
80 Minuteman Rd.
Andover, MA 01810-1008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Credit card purchases**

Last 4 digits of account number  **1009**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$999.03** |
|---|---|---|---|

**American Express**
PO BOX 0001
Los Angeles, CA 90096-0800

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Credit card purchases**

Last 4 digits of account number  **1002**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$530.77** |
|---|---|---|---|

**Anderson Pest Control**
PO Box 600670
Jacksonville, FL 32260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services provided**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,763.50** |
|---|---|---|---|

**Anthony Marano Company**
c/o Maksimovich & Associates, P.C.
8643 Ogden Avenue
Lyons, IL 60534

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **PACA - Agricultural Claim**

Last 4 digits of account number  **0247**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119.58** |
|---|---|---|---|

**AT&T Mobility**
c/o Southwest Credit
4120 International Pkwy, Ste. 1100
Carrollton, TX 75007-1958

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services provided**

Last 4 digits of account number  **0665**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,950.00** |
|---|---|---|---|

**B&B Network,Inc**
245 W.Roosevelt Rd.
Bldg3 Suite 17
West Chicago, IL 60185

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,300.00** |
|---|---|---|---|

**B2B Transportation Services**
PO BOX 3670
Central Point, OR 97502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Goodness Greeness, Inc..** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,065.00**

**BECSpack, Inc.**
**300 Knightsbridge Pkwy**
**Suite 114**
**Lincolnshire, IL 60069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,070.00**

**Calavo Growers of California**
**1141A Cummings Road**
**Santa Paula, CA 93060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PACA - Agricultural Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,480.00**

**California Giant,Inc.**
**Dept.33477**
** PO Box 39000**
**San Francisco, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PACA - Agricultural Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125.92**

**City of Chicago Dept of Finance**
**PO BOX 6630**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$493.75**

**Comcast Cable**
**c/o Sequium Asset Solutions, Inc.**
**1130 Northchase Pkwy, Ste. 150**
**Marietta, GA 30067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services provided**

Last 4 digits of account number  **1252**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,192.62**

**Commonweath Edison**
**Claims and Collections Dept.**
**PO BOX 805379**
**Chicago, IL 60680-5379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **1007**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,383.75**

**Covilli Brand Organics,Inc.**
**177 East Baffert Drive**
**Nogales, AZ 85621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PACA - Agricultural Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Goodness Greeness, Inc..** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,885.01** |
|---|---|---|---|

**Crestwood Associates,LLC**
**240 East Lincoln St**
**Mount Prospect, IL 60056**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,116.23** |
|---|---|---|---|

**Crown Equiptment Corp.**
**c/o Abrams & Abrams, PC**
**912 Central Ave.**
**Highland Park, IL 60035**

Date(s) debt was incurred _

Last 4 digits of account number  **0066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22.35** |
|---|---|---|---|

**Dat Solutions**
**PO Box 783801**
**Philadelphia, PA 19178-3801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,456.90** |
|---|---|---|---|

**Delta Dental Insurance**
**PO Box 804067**
**Chicago, IL 60680**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance premiums**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$225.00** |
|---|---|---|---|

**ESG Corp**
**60 Eats Rio Salado Parkway**
**#900**
**Tempe, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,704.48** |
|---|---|---|---|

**Fantastic Produce**
**5021 Archcrest Way**
**Sacramento, CA 95835-1618**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PACA - Agricultural Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$800.63** |
|---|---|---|---|

**Forzack,Inc**
**928 Todd Drive**
** Suite 2**
**Janesville, WI 53546**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Goodness Greeness, Inc..** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,550.80** |
|---|---|---|---|
| | **Giumarra Company**<br>**PO Box 861449**<br>**Los Angeles, CA 90086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **PACA - Agricultural Claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,993.00** |
|---|---|---|---|
| | **Global Green Team B.V.**<br>**c/o Blitt & Gaines P.C.**<br>**661 Glenn Ave.**<br>**Wheeling, IL 60090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **1401** | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Goodness Greeness Real Estate**<br>**5959 South Lowe**<br>**Chicago, IL 60621** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Lease payments**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,020.80** |
|---|---|---|---|
| | **Grimmway Farms**<br>**PO BOX 81498**<br>**Bakersfield, CA 93380** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **PACA - Agricultural Claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,806.50** |
|---|---|---|---|
| | **Heger Organic Farms**<br>**PO Box 860**<br>**El Centro, CA 92244** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **PACA - Agricultural Claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,683.20** |
|---|---|---|---|
| | **Highline Produce**<br>**506 Mersea Rd.5**<br>**Leamington Ontario N8H 3V5** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **PACA - Agricultural Claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117.59** |
|---|---|---|---|
| | **Hinckley Springs**<br>**PO Box 660579**<br>**Dallas, TX 75266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Drinking water services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor  **Goodness Greeness, Inc..**

Name

Case number (if known)

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,608.35 |
|---|---|---|---|

**Hollar & Greene Produce Company, In**
c/o Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL 34109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PACA Agricultural Claim**

Last 4 digits of account number  **0247**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $783,333.00 |
|---|---|---|---|

**Howard Berrington**
c/o STAMOS & TRUCCO
ONE WACKER DR 3TH FL
Chicago, IL 60601

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Breach of Employment Contract Claim**

Last 4 digits of account number  **4438**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Howard Davis**
LAW OFFICES OF HOWARD A. DAVIS
120 N. LaSalle St., Ste. 1200
Chicago, IL 60602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/27/2016**

Basis for the claim:  **Legal fees as part of Settlement Agreement dated 1/27/2016.**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,326.20 |
|---|---|---|---|

**Itrade Network,Inc.**
PO Box 935209
Atlanta, GA 31193-5209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services provided**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18,591.27 |
|---|---|---|---|

**Lake County Press**
PO Box 9209
Waukegan, IL 60079-9209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Advertising**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $31,832.57 |
|---|---|---|---|

**LaRose & Bosco,LTD**
200 N. LaSalle St
 Suite 2810
Chicago, IL 60601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal services**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,160.00 |
|---|---|---|---|

**Las Palmalitas**
4210 Upson Rd
Carpinteria, CA 93013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PACA - Agricultural Claim**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor   **Goodness Greeness, Inc..**

Name

Case number (if known)

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,612.80** |

**Love Beets USA LLC**
**c/o Law Offices of William B. Kohn**
**29 East Madison St., Ste. 1000**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  PACA - Agricultural Claim

Last 4 digits of account number  0247

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$680.00** |

**Lucca Trucking,LLC**
**2321 Industrial Hwy**
**Vineland, NJ 08360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt-transportation services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,325.70** |

**Macro Vegetarian**
**12 S. Middlesex Ave.**
**Monroe Township, NJ 08831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  PACA - Agricultural Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Marshall Burt**
**The Burt Law Group, Ltd**
**77 West Washington St., Ste. 1300**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/27/2016

**Basis for the claim:**  Legal fees as part of Settlement Agreement dated
1/27/2016.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,194.50** |

**Mid-West Institutional Food Distrib**
**c/o Adelman Law Offices LLC**
**904 S. Roselle Road, Ste. 342**
**Schaumburg, IL 60193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  PACA Agricultural Claim

Last 4 digits of account number  0247

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,707.00** |

**Miller Cooper & Co,LTD**
**1751 Lake Cook Rd.**
**Suite 400**
**Deerfield, IL 60015-5286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Accounting services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,000.00** |

**Misionero Vegetables**
**33155 Gloria Rd.**
**Gonzales, CA 93926-9401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Goodness Greeness, Inc..** | |
|---|---|---|
| | Name | Case number (if known) |

---

**3.45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,030.00** |
|---|---|---|

**Monte Package Co**
**3752 Riverside Road**
**PO Box 128**
**Riverside, MI 49084-0128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,965.50** |
|---|---|---|

**North Bay Produce,Inc.**
**PO Box 988**
**Traverse City, MI 49685-0988**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PACA - Agricultural Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,503.20** |
|---|---|---|

**Pacific Organic Produce**
**PO Box 877**
**Swedesboro, NJ 08085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PACA - Agricultural Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,427.78** |
|---|---|---|

**Peoples Gas Co.**
**200 E. Randolph St.**
**Chicago, IL 60601-6302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **9831**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,555.00** |
|---|---|---|

**Produce Plus**
**8 Greenwood Ave.**
**Romeoville, IL 60446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|

**RAM Transportation Services**
**3000 South Ashland**
**Suite 100**
**Chicago, IL 60608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt-transportation services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,604.00** |
|---|---|---|

**RCF Distributors,LLC**
**PO Box 4699**
**Rio Rico, AZ 85648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PACA - Agricultural Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Goodness Greeness, Inc..**
　　　Name

Case number (*if known*) _____

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard Scaman**
**213 Herrick Rd.**
**Riverside, IL 60546**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **1/27/2016**

Last 4 digits of account number ___

Basis for the claim:  **Severance payments as part of Settlement Agreement dated 1/27/2016.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rio Vista Ventures LLC**
**c/o Meuers Law Firm, P.L.**
**5395 Park Central Court**
**Naples, FL 34109**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number  **0247**

Basis for the claim:  **PACA Agricultural Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,285.00** |
|---|---|---|---|

**Rocky's Mobile Truck Wash**
**3120 West 55th Street**
**Chicago, IL 60632**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Services provided**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,520.00** |
|---|---|---|---|

**Roundy's**
**PO Box 473**
**Milwaukee, WI 53201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,457.50** |
|---|---|---|---|

**Ryan's,  LLP**
**c/o Cozen & O'Connor**
**123 N. Wacker Dr., Ste. 1800**
**Chicago, IL 60606**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number  **0247**

Basis for the claim:  **PACA Agricultural Claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115,753.87** |
|---|---|---|---|

**Ryder Transportation Services**
**c/o Barry A. Springer**
**4709 W. Golf Rd.**
**Skokie, IL 60076**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Trade debt-transportation services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,320.15** |
|---|---|---|---|

**Scott D. Verhey**
**734 North Wells St**
**Chicago, IL 60654**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Legal services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Goodness Greeness, Inc..** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,562.66** |
|---|---|---|---|

**Securatex. Ltd.**
c/o Ray Lang
20 W. Hubbard, 3rd Floor
Chicago, IL 60654

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Judgment**

Last 4 digits of account number  **2017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,319.59** |
|---|---|---|---|

**Sherwood Transportation**
12499 Evergreen Rd
Detroit, MI 48228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt-transportation services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,570.20** |
|---|---|---|---|

**Shore Tel Inc.**
28760 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,858.00** |
|---|---|---|---|

**Stanley's**
1558 North Elston
Chicago, IL 60622

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  PACA - Agricultural Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,116.60** |
|---|---|---|---|

**Stryker Networks**
19 South Bothwell St
Palatine, IL 60067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,006.50** |
|---|---|---|---|

**Sweet Harvest Marketing, Inc.**
c/o McCarron & Diess
4530 Wisconsin Avenue , Ste. 301
Washington, DC 20016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  PACA Agricultural Claim**

Last 4 digits of account number  **0247**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,239.25** |
|---|---|---|---|

**Taylor Farms Retail, Inc.**
c/o Nixon Peabody LLP
70 W. Madison , Ste. 3500
Chicago, IL 60602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  PACA Agricultural Claim**

Last 4 digits of account number  **0247**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Goodness Greeness, Inc..**
         Name

Case number (*if known*)

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,134.75 |

**Technicool Corp.**
760 N. Edgewood Ave
Wood Dale, IL 60191

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,754.00 |

**The Cincinnati Ins Co**
c/o Hunter Warfield
4645 S. Lakeshore Drive, #11
Tempe, AZ 85282-7152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance premiums**

Last 4 digits of account number  **9543**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,340.00 |

**The Cincinnati Ins Co**
c/o Sneckenberg Thompson & Brody
161 N. Clark St., Ste. 3575
Chicago, IL 60601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance carrier subrogation claim**

Last 4 digits of account number  **9526**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,275.00 |

**Thunder Express**
41896 Chaparral
Temecula, CA 92592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt-transportation services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Tom Ikelman**
c/o Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL 34109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PACA Agricultural Claim**

Last 4 digits of account number  **0247**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,563.00 |

**Total Quality Logistics, LLC**
4289 Ivy Point Boulevard
Cincinnati, OH 45245

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11-10-2016**

Basis for the claim:  **Judgment.**

Last 4 digits of account number  **1157**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,636.24 |

**Vida Fresh,Inc**
PO Box 1808
Morro Bay, CA 93442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PACA - Agricultural Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Goodness Greeness, Inc..** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,415.05 |
|---|---|---|---|

**Warren Oil**
c/o Teller Levit & Silverquist
19 S. LaSalle St., Ste. 701
Chicago, IL 60603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number  __5427__

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,473.23 |
|---|---|---|---|

**Waste Management**
c/o Windham Professionals
382 Main Street
Salem, NH 03079-2412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Lease termination of 8' dumpster.__

Last 4 digits of account number  __

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,771.50 |
|---|---|---|---|

**Wertheimer Box Corp.**
c/o Altus Global Trade Solutions
PO BOX 1389
Kenner, LA 70063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altus GTS, Inc.**<br>PO BOX 1389<br>Kenner, LA 70063 | Line __3.9__<br><br>☐ Not listed. Explain ____ | __8398__ |
| 4.2 | **AT&T Mobility**<br>PO BOX 6463<br>Carol Stream, IL 60197-6463 | Line __3.7__<br><br>☐ Not listed. Explain ____ | __0665__ |
| 4.3 | **Comcast Business**<br>PO BOX 3001<br>Southeastern, PA 19398 | Line __3.14__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Commonwealth Edison**<br>PO BOX 6111<br>Carol Stream, IL 60197 | Line __3.15__<br><br>☐ Not listed. Explain ____ | __1007__ |
| 4.5 | **Crown Equiptment Corp.**<br>PO Box 641173<br>Cincinnati, OH 45264-1173 | Line __3.18__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Global Green Team B.V.**<br>c/o Atradius Collections<br>3500 Lacey Road, Ste. 220<br>Downers Grove, IL 60515 | Line __3.25__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Goodness Greeness, Inc..** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Hollar & Greene Produce Company Inc**<br>**PO BOX 3500**<br>**Boone, NC 28607** | Line **3.31**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Love Beets USA LLC**<br>**c/o McCarron & Diess**<br>**4530 Wisconsin Avenue , Ste. 301**<br>**Washington, DC 20016** | Line **3.38**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Love Beets USA,LLC**<br>**3 Bala Plaza West**<br>**Suite 116**<br>**Bala Cynwyd, PA 19004** | Line **3.38**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Midwest Foods**<br>**3100 West 36th Street**<br>**Chicago, IL 60632** | Line **3.42**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Monte Package Co**<br>**c/o Straub, Seaman & Allen**<br>**1014 Main St.**<br>**Saint Joseph, MI 49085** | Line **3.45**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Richard T. Avis & Assoc.**<br>**PO BOX 31579**<br>**Chicago, IL 60631** | Line **3.10**<br><br>☐ Not listed. Explain ____ | **2569** |
| 4.13 | **Ryan's,  LLP**<br>**299 Gateway Drive NE**<br>**East Grand Forks, MN 56721** | Line **3.56**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Ryder Transportation Services**<br>**PO BOX 96723**<br>**Chicago, IL 60693** | Line **3.57**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Rynn & Janowsky**<br>**4100 New Port Place Drive**<br>**Suite 700**<br>**Newport Beach, CA 92660** | Line **3.6**<br><br>☐ Not listed. Explain ____ | **0247** |
| 4.16 | **Securatex**<br>**651 Washington**<br>**Unit 105 Lower Level**<br>**Chicago, IL 60661** | Line **3.59**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Sweet Harvest Marketing, Inc.**<br>**PO Box 487**<br>**Kingsburg, CA 93631** | Line **3.64**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Taylor Fresh Vegetables**<br>**PO Box 742889**<br>**Los Angeles, CA 90074** | Line **3.65**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **The Cincinnati Ins Co**<br>**PO Box 145620**<br>**Cincinnati, OH 45250** | Line **3.67**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Goodness Greeness, Inc..** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.20 **Total Quality Logistics**<br>**PO Box 634558**<br>**Cincinnati, OH 45263** | Line **3.71**<br>☐ Not listed. Explain ____ | _ |
| 4.21 **Warren Oil**<br>**c/o Credit Decisions Int'l Ltd.**<br>**95 Randall Street**<br>**Elk Grove Village, IL 60007** | Line **3.73**<br>☐ Not listed. Explain ____ | _ |
| 4.22 **Waste Management**<br>**PO BOX 4648**<br>**Carol Stream, IL 60197** | Line **3.74**<br>☐ Not listed. Explain ____ | _ |
| 4.23 **Waste Management**<br>**21900 Central Ave.**<br>**Matteson, IL 60443** | Line **3.74**<br>☐ Not listed. Explain ____ | _ |
| 4.24 **Wertheimer Box Corp.**<br>**7950 West Joliet Rd**<br>**Suite 100**<br>**La Grange, IL 60525** | Line **3.75**<br>☐ Not listed. Explain ____ | _ |
| 4.25 **Zwicker & Associates, PC**<br>**80 Minuteman Rd.**<br>**Andover, MA 01810** | Line **3.4**<br>☐ Not listed. Explain ____ | **0797** |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                    **2,025.00** |
| **5b. Total claims from Part 2** | 5b.  **+** | $              **1,663,704.32** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $                **1,665,729.32** |

7/20/17 2:58PM

**Fill in this information to identify the case:**

Debtor name      **Goodness Greeness, Inc..**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*                   *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Month to month oral lease.  $4,000 per month.** | |
| State the term remaining | **0** | |
| List the contract number of any government contract | _____ | **Goodness Greeness Real Estate**<br>**5959 South Lowe**<br>**Chicago, IL 60621** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Goodness Greeness, Inc..**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Robert L. Scaman, Jr.** | **5959 S. Lowe** **Chicago, IL 60621** | **Howard Berrington** | ☐ D _____ ■ E/F __3.32__ ☐ G _____ |
| 2.2 | **Robert L. Scaman, Jr.** | **5959 S. Lowe** **Chicago, IL 60621** | **Securatex. Ltd.** | ☐ D _____ ■ E/F __3.59__ ☐ G _____ |
| 2.3 | **Robert L. Scaman, Jr.** | **5959 S. Lowe** **Chicago, IL 60621** | **Jeneane Ally** | ☐ D _____ ■ E/F __2.1__ ☐ G _____ |
| 2.4 | **Robert L. Scaman, Jr.** | **5959 S. Lowe** **Chicago, IL 60621** | **Marshall Burt** | ☐ D _____ ■ E/F __3.41__ ☐ G _____ |
| 2.5 | **Robert L. Scaman, Jr.** | **5959 S. Lowe** **Chicago, IL 60621** | **Howard Davis** | ☐ D _____ ■ E/F __3.33__ ☐ G _____ |

Debtor   **Goodness Greeness, Inc..**                                    Case number *(if known)* _____

---

███  **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |

| 2.6 | **Robert L.**<br>**Scaman, Jr.** | **5959 S. Lowe**<br>**Chicago, IL 60621** | **Richard Scaman** | ☐ D _____<br>■ E/F ___3.52___<br>☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name    **Goodness Greeness, Inc..**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.    **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ☐ Operating a business<br>■ Other    **Business no longer operating** | **$0.00** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$8,127,386.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$25,781,787.00** |

2.    **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.    **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Goodness Greeness, Inc..**
_____    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ryder Transportation Services c/o Barry A. Springer 4709 W. Golf Rd. Skokie, IL 60076** | **Leased trucks.** | **2016** | **Unknown** |
| **Comcast Cable c/o Sequium Asset Solutions, Inc. 1130 Northchase Pkwy, Ste. 150 Marietta, GA 30067** | **Leased internet routing and other equipment. Serial Number B89BC97E910C** | **5/16/2017** | **Unknown** |
| **Shore Tel Inc. 28760 Network Place Chicago, IL 60673** | **Leased telephone equipment: Cisco 7940 Units: 22 QTY. Cisco 3524 - Power Switch - 2 QTY. Route Management - 1 QTY.** | **10/26/2016** | **Unknown** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Rio Vista Ventures, Inc. v. Goodness Greness, Inc. 1:16-cv-10247** | **Nature of Suit: 891 Agriculture Acts Perishable Agricultural Commodities Act, 7 U.S.C. § 499e(c)(5)** | **Unites States District Court ND Illinois 219 S. Dearborn Street Chicago, IL 60602** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor   **Goodness Greeness, Inc..**

Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. Howard Berrington v. Goodness Greeness, Inc., an Illinois corporation amd Robert L. Scaman, Jr. 2016-L-004438 | Breach of Contract | Circuit Court Cook County 50 W Washington St Daley Center Chicago, IL 60602 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. Jeneane Ally v. Goodness Greeness Respondent Employer 16-000736 | Wage Claim | Illinois Department of Labor 160 N. LaSalle Street Suite C-1300 Chicago, IL 60601-3150 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. Richard T. Scaman, Goodness Greeness, Inc. Goodness Real Estate v. Howard Berrington 2014-CH-01656 | Breach of Contract | Circuit Court Cook County Chancery Div. 50 W Washington St Daley Center Chicago, IL 60602 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. Securatex, Ltd. v. Goodness Greeness, Mark LaRose and Robert L. Scaman 2017-M1-108742 | Contract | Circuit Court Cook County IL Civil Div. 50 W Washington St. Daley Center Chicago, IL 60602 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. Ryder Truck Rental, Inc. v Goodness Greeness, Inc. 2016-L-012179 | Contract | Circuit Court Cook County Law Div. 50 W. Washington St. Daley Center Chicago, IL 60602 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. Total Quality Logistics, LLC vs. Goodness Greeness, Inc. 2016 CVH 01157 | Breach of Contract | Clermont County Common Pleas Court 270 E Main St Batavia, OH 45103 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

7/20/17 2:58PM

Debtor    **Goodness Greeness, Inc..**                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Foster Legal Services, PLLC**<br>**16311 Byron Drive**<br>**Orland Park, IL** | | **July 2017** | **$7,500.00** |
| | **Email or website address**<br>**chf@fosterlegalservices.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Richard L. Scaman, Jr. President of Debtor** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Ann Gervilla**<br>**9233 Washington Ave.**<br>**Brookfield, IL 60513** | **2016 Jeep Cherokee** | **5/20/2106** | **$23,000.00** |
| | **Relationship to debtor**<br>**Mother-in-Law of CEO & President of Debtor Robert L. Scaman, Jr.** | | | |

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor   **Goodness Greeness, Inc..**

Case number *(if known)*

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

Debtor    **Goodness Greeness, Inc..**

Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.   Dates business existed |
|---|---|---|

---

Debtor   **Goodness Greeness, Inc..**                                          Case number *(if known)* _____

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Cheryl Regan**<br>**Miller Cooper &Co.**<br>**1751 Lake Cook Road**<br>**Suite 400**<br>**Deerfield, IL 60015** | **5/2015-12/2016** |
| 26a.2.   **Sheila Malick-FORMER EMPLOYEE OF DEBTOR**<br>**10610 South Highland Ave.**<br>**Worth, IL 60482** | **1991 to 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Robert L. Scaman, Jr.**<br>**5959 S. Lowe Ave.**<br>**Chicago, IL 60621** | |
| 26c.2.   **Sheila Malick**<br>**10610 South Highland Ave.**<br>**Worth, IL 60482** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rodney T Scaman** | **3000 Sunnyside Ave.**<br>**Brookfield, IL 60513** | **Shareholder** | **14.006** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Richard Scaman** | **213 Herrick Rd.**<br>**Riverside, IL 60546** | **Shareholder** | **14.006** |

---

7/20/17 2:58PM

Debtor   **Goodness Greeness, Inc..**                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Robert L. Scaman, Jr. | 258 Nuttall<br>Riverside, IL 60546 | Shareholder, Director and President | 56.956 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Howard Berrington | c/o STAMOS & TRUCCO<br>ONE WACKER DR 3TH FL<br>Chicago, IL 60601 | CEO & Shareholder - disputed shareholder interest - 12.032 % | April 12, 2012-May 15, 2015 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

7/20/17 2:58PM

Debtor    **Goodness Greeness, Inc..**_____    Case number *(if known)* _____

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**July 20, 2017**_____

**/s/ Robert L. Scaman, Jr.**_____      **Robert L. Scaman, Jr.**_____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor   **President**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Goodness Greeness, Inc..**                          Case No.
                                                        Debtor(s)       Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,500.00 |
| Prior to the filing of this statement I have received | $ | 7,500.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ☐ Debtor      ■ Other (specify):   **Robert L. Scaman, President & CEO of Debtor.**

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

| **July 20, 2017** | **/s/ Chester H. Foster, Jr.** |
|---|---|
| *Date* | **Chester H. Foster, Jr. 3122632** |
| | *Signature of Attorney* |
| | **Foster Legal Services, PLLC** |
| | **16311 Byron Drive** |
| | **Orland Park, IL** |
| | **708-403-3800  Fax: 708-403-4095** |
| | **chf@fosterlegalservices.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Goodness Greeness, Inc..**

                      Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:              **102**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **July 20, 2017**

             **/s/ Robert L. Scaman, Jr.**

             **Robert L. Scaman, Jr./President**
             Signer/Title

Al Warren Oil Co.
PO Box 2279
Hammond, IN 46323


Albert's Organics
1155 Commerce Blvd.
PO Box 877
Swedesboro, NJ 08085


Altus GTS, Inc.
PO BOX 1389
Kenner, LA 70063


American Express
c/o Zwicker & Associates. P.C.
80 Minuteman Rd.
Andover, MA 01810-1008


American Express
PO BOX 0001
Los Angeles, CA 90096-0800


Anderson Pest Control
PO Box 600670
Jacksonville, FL 32260


Anthony Marano Company
c/o Maksimovich & Associates, P.C.
8643 Ogden Avenue
Lyons, IL 60534


AT&T Mobility
c/o Southwest Credit
4120 International Pkwy, Ste. 1100
Carrollton, TX 75007-1958


AT&T Mobility
PO BOX 6463
Carol Stream, IL 60197-6463


B&B Network,Inc
245 W.Roosevelt Rd.
Bldg3 Suite 17
West Chicago, IL 60185

B2B Transportation Services
PO BOX 3670
Central Point, OR 97502


BECSpack, Inc.
300 Knightsbridge Pkwy
Suite 114
Lincolnshire, IL 60069


Calavo Growers of California
1141A Cummings Road
Santa Paula, CA 93060


California Giant,Inc.
Dept.33477
 PO Box 39000
San Francisco, CA 94139


City of Chicago Dept of Finance
PO BOX 6630
Chicago, IL 60680


Comcast Business
PO BOX 3001
Southeastern, PA 19398


Comcast Cable
c/o Sequium Asset Solutions, Inc.
1130 Northchase Pkwy, Ste. 150
Marietta, GA 30067


Commonwealth Edison
PO BOX 6111
Carol Stream, IL 60197


Commonweath Edison
Claims and Collections Dept.
PO BOX 805379
Chicago, IL 60680-5379


Covilli Brand Organics,Inc.
177 East Baffert Drive
Nogales, AZ 85621

Crestwood Associates,LLC
240 East Lincoln St
Mount Prospect, IL 60056


Crown Equiptment Corp.
c/o Abrams & Abrams, PC
912 Central Ave.
Highland Park, IL 60035


Crown Equiptment Corp.
PO Box 641173
Cincinnati, OH 45264-1173


Dat Solutions
PO Box 783801
Philadelphia, PA 19178-3801


Delta Dental Insurance
PO Box 804067
Chicago, IL 60680


ESG Corp
60 Eats Rio Salado Parkway
#900
Tempe, AZ 85281


Fantastic Produce
5021 Archcrest Way
Sacramento, CA 95835-1618


Forzack,Inc
928 Todd Drive
 Suite 2
Janesville, WI 53546


Giumarra Company
PO Box 861449
Los Angeles, CA 90086


Global Green Team B.V.
c/o Blitt & Gaines P.C.
661 Glenn Ave.
Wheeling, IL 60090

Global Green Team B.V.
c/o Atradius Collections
3500 Lacey Road, Ste. 220
Downers Grove, IL 60515


Goodness Greeness Real Estate
5959 South Lowe
Chicago, IL 60621


Grimmway Farms
PO BOX 81498
Bakersfield, CA 93380


Heger Organic Farms
PO Box 860
El Centro, CA 92244


Highline Produce
506 Mersea Rd.5
Leamington Ontario N8H 3V5


Hinckley Springs
PO Box 660579
Dallas, TX 75266


Hollar & Greene Produce Company Inc
PO BOX 3500
Boone, NC 28607


Hollar & Greene Produce Company, In
c/o Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL 34109


Howard Berrington
c/o STAMOS & TRUCCO
ONE WACKER DR 3TH FL
Chicago, IL 60601


Howard Davis
LAW OFFICES OF HOWARD A. DAVIS
120 N. LaSalle St., Ste. 1200
Chicago, IL 60602

Itrade Network,Inc.
PO Box 935209
Atlanta, GA 31193-5209


Jeneane Ally
917 W. Washington Blvd.
Chicago, IL 60607


Lake County Press
PO Box 9209
Waukegan, IL 60079-9209


LaRose & Bosco,LTD
200 N. LaSalle St
 Suite 2810
Chicago, IL 60601


Las Palmalitas
4210 Upson Rd
Carpinteria, CA 93013


Love Beets USA LLC
c/o Law Offices of William B. Kohn
29 East Madison St., Ste. 1000
Chicago, IL 60602


Love Beets USA LLC
c/o McCarron & Diess
4530 Wisconsin Avenue , Ste. 301
Washington, DC 20016


Love Beets USA,LLC
3 Bala Plaza West
 Suite 116
Bala Cynwyd, PA 19004


Lucca Trucking,LLC
2321 Industrial Hwy
Vineland, NJ 08360


Macro Vegetarian
12 S. Middlesex Ave.
Monroe Township, NJ 08831

Marshall Burt
The Burt Law Group, Ltd
77 West Washington St., Ste. 1300
Chicago, IL 60602


Mid-West Institutional Food Distrib
c/o Adelman Law Offices LLC
904 S. Roselle Road, Ste. 342
Schaumburg, IL 60193


Midwest Foods
3100 West 36th Street
Chicago, IL 60632


Miller Cooper & Co,LTD
1751 Lake Cook Rd.
 Suite 400
Deerfield, IL 60015-5286


Misionero Vegetables
33155 Gloria Rd.
Gonzales, CA 93926-9401


Monte Package Co
3752 Riverside Road
PO Box 128
Riverside, MI 49084-0128


Monte Package Co
c/o Straub, Seaman & Allen
1014 Main St.
Saint Joseph, MI 49085


North Bay Produce,Inc.
PO Box 988
Traverse City, MI 49685-0988


Pacific Organic Produce
PO Box 877
Swedesboro, NJ 08085


Peoples Gas Co.
200 E. Randolph St.
Chicago, IL 60601-6302

Produce Plus
8 Greenwood Ave.
Romeoville, IL 60446


RAM Transportation Services
3000 South Ashland
Suite 100
Chicago, IL 60608


RCF Distributors,LLC
PO Box 4699
Rio Rico, AZ 85648


Richard Scaman
213 Herrick Rd.
Riverside, IL 60546


Richard T. Avis & Assoc.
PO BOX 31579
Chicago, IL 60631


Rio Vista Ventures LLC
c/o Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL 34109


Robert L. Scaman, Jr.
5959 S. Lowe
Chicago, IL 60621


Rocky's Mobile Truck Wash
3120 West 55th Street
Chicago, IL 60632


Roundy's
PO Box 473
Milwaukee, WI 53201


Ryan's, LLP
c/o Cozen & O'Connor
123 N. Wacker Dr., Ste. 1800
Chicago, IL 60606

Ryan's, LLP
299 Gateway Drive NE
East Grand Forks, MN 56721

Ryder Transportation Services
c/o Barry A. Springer
4709 W. Golf Rd.
Skokie, IL 60076

Ryder Transportation Services
PO BOX 96723
Chicago, IL 60693

Rynn & Janowsky
4100 New Port Place Drive
Suite 700
Newport Beach, CA 92660

Scott D. Verhey
734 North Wells St
Chicago, IL 60654

Securatex
651 Washington
Unit 105 Lower Level
Chicago, IL 60661

Securatex. Ltd.
c/o Ray Lang
20 W. Hubbard, 3rd Floor
Chicago, IL 60654

Sherwood Transportation
12499 Evergreen Rd
Detroit, MI 48228

Shore Tel Inc.
28760 Network Place
Chicago, IL 60673

Stanley's
1558 North Elston
Chicago, IL 60622

Stryker Networks
19 South Bothwell St
Palatine, IL 60067


Sweet Harvest Marketing, Inc.
c/o McCarron & Diess
4530 Wisconsin Avenue , Ste. 301
Washington, DC 20016


Sweet Harvest Marketing, Inc.
PO Box 487
Kingsburg, CA 93631


Taylor Farms Retail, Inc.
c/o Nixon Peabody LLP
70 W. Madison , Ste. 3500
Chicago, IL 60602


Taylor Fresh Vegetables
PO Box 742889
Los Angeles, CA 90074


Technicool Corp.
760 N. Edgewood Ave
Wood Dale, IL 60191


The Cincinnati Ins Co
c/o Hunter Warfield
4645 S. Lakeshore Drive, #11
Tempe, AZ 85282-7152


The Cincinnati Ins Co
c/o Sneckenberg Thompson & Brody
161 N. Clark St., Ste. 3575
Chicago, IL 60601


The Cincinnati Ins Co
PO Box 145620
Cincinnati, OH 45250


Thunder Express
41896 Chaparral
Temecula, CA 92592

Tom Ikelman
c/o Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL 34109


Total Quality Logistics
PO Box 634558
Cincinnati, OH 45263


Total Quality Logistics, LLC
4289 Ivy Point Boulevard
Cincinnati, OH 45245


Vida Fresh,Inc
PO Box 1808
Morro Bay, CA 93442


Warren Oil
c/o Teller Levit & Silverquist
19 S. LaSalle St., Ste. 701
Chicago, IL 60603


Warren Oil
c/o Credit Decisions Int'l Ltd.
95 Randall Street
Elk Grove Village, IL 60007


Waste Management
c/o Windham Professionals
382 Main Street
Salem, NH 03079-2412


Waste Management
PO BOX 4648
Carol Stream, IL 60197


Waste Management
21900 Central Ave.
Matteson, IL 60443


Wertheimer Box Corp.
c/o Altus Global Trade Solutions
PO BOX 1389
Kenner, LA 70063

Wertheimer Box Corp.
7950 West Joliet Rd
 Suite 100
La Grange, IL 60525


Zwicker & Associates, PC
80 Minuteman Rd.
Andover, MA 01810

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Goodness Greeness, Inc..**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Goodness Greeness, Inc..**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 20, 2017**

Date

**/s/ Chester H. Foster, Jr.**

**Chester H. Foster, Jr. 3122632**

Signature of Attorney or Litigant

Counsel for   **Goodness Greeness, Inc..**

**Foster Legal Services, PLLC**
**16311 Byron Drive**
**Orland Park, IL**
**708-403-3800 Fax:708-403-4095**
**chf@fosterlegalservices.com**