UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-22138 |
| | ) | |
| GOODNESS GREENESS, INC., | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ABANDONING LITIGATION AND INSURANCE CLAIM

This matter coming to be heard upon the Trustee's Motion to Abandon Litigation and Insurance Claim (the "Motion"), the Court having jurisdiction over this core proceeding; notice of the Motion having been due and proper under the circumstances; the Court having heard from the parties present in Court; and the Court being otherwise fully advised in the premises;

NOW, THEREFORE, IT IS ORDERED THAT:

A. All of Goodness Greeness, Inc.'s (the "Debtor") and its bankruptcy estate's claims arising in that certain litigation known as Goodness Greeness, Inc., et. al. v. Howard Berrington, assigned case number 2014-CH-01656, and pending in the Circuit Court of Cook County, Illinois, Chancery Division are hereby abandoned;

B. Any claims of Debtor and its bankruptcy estate arising in that certain litigation known as Howard M. Berrington v. Goodness Greeness, Inc. and Robert L. Scaman, Jr., assigned case number 2015-L-4438, and pending in the Circuit Court of Cook County, Illinois, Law Division are hereby abandoned;

C. Any claims of the Debtor and its bankruptcy estate against Navigators Insurance Company arising from that certain insurance policy that covers claims made against the Debtor during the period of November 15, 2015 through November 15, 2016 are hereby abandoned.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: February 13, 2018

**Prepared by:**

Jeffrey L. Gansberg
Much Shelist, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312-521-2000
jgansberg@muchshelist.com